IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00471-WDM-MJW

EDWARD MIKE DAVIS, L. L. C.,

Plaintiff(s),

v.

RECOVERY ENERGY, INC., a Nevada corporation, and
DONNA ANN GABRIELE CHECHELE, a New Jersey resident,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion for Leave to Amend Complaint, DN 25, filed with the Court on May 6, 2011, is GRANTED.  The First Amended Complaint (DN 25-1) is accepted for filing as of the date of this Order.

Date:   May 9, 2011