IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00471-WDM-MJW

EDWARD MIKE  DAVIS, L. L. C.,

Plaintiff(s),

v.

RECOVERY ENERGY, INC., a Nevada corporation,  and
DONNA ANN GABRIELE CHECHELE, a New Jersey resident,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Confidentiality Protective Order (docket no. 29) is GRANTED finding good cause shown.  The written Stipulated Confidentiality Protective Order (docket no. 29-1) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date:  May 17, 2011