IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00471-WDM-MJW

EDWARD MIKE  DAVIS, L. L. C.,

Plaintiff(s),

v.

RECOVERY ENERGY, INC., a Nevada corporation,  and
DONNA ANN GABRIELE CHECHELE, a New Jersey resident,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Scheduling Order (docket no. **41**) is GRANTED finding good cause shown.  The deadline to join parties or amend the pleadings is extended to June 27, 2011.  The Rule 16 Scheduling Order (docket No. 37) entered in the case on May 24, 2011, is amended consistent with this minute order.

Date:   June 21, 2011