IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00471-WDM-MJW

EDWARD MIKE DAVIS, L. L. C.,

Plaintiff(s),

v.

RECOVERY ENERGY, INC., a Nevada corporation, and
DONNA ANN GABRIELE CHECHELE, a New Jersey resident,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order, DN 44, filed with the Court on June 27, 2011, is GRANTED. The Scheduling Order is amended to reflect that the new deadline for joinder of parties and amendment of pleadings is now extended up to and including July 5, 2011.

Date:   June 28, 2011