IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00471-WDM-MJW

EDWARD MIKE  DAVIS, L. L. C.,

Plaintiff(s),

v.

RECOVERY ENERGY, INC., a Nevada corporation,  and
DONNA ANN GABRIELE CHECHELE, a New Jersey resident,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling Order and Stay Action Until Further Order (docket no. 47) is DENIED.  There is not a full and complete settlement reached in this case as of the filing of this motion.  Nothing prevents the parties from settling this case at any time.  If the parties do not settle their case within the next two weeks, the parties still have plenty of time complete discovery in this case by November 18, 2011.

Date:  July 19, 2011