IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 11-cv-00471WDM-MJW

EDWARD MIKE DAVIS, LLC, a Nevada Limited Liability Company,

    Plaintiff and Counterclaim Defendant,

v.

RECOVERY ENERGY, INC., a Nevada corporation,
DONNA ANN GABRIELE CHECHELE, a New Jersey Resident

    Defendants and Counterclaim/Crossclaim Plaintiffs,

EDWARD MIKE DAVIS, a Nevada resident,

    Third-party Defendant.

**ORDER ON UNOPPOSED MOTION FOR DISMISSAL
AND APPROVAL OF SETTLEMENT**

Miller, J.

    This matter is before me on the parties' Notice of Settlement and Unopposed Motion to Approve Settlement Agreement and Dismiss Action with Prejudice (ECF No. 53). The parties inform me that they have reached a comprehensive settlement of the dispute and seek dismissal of this action with prejudice. They also request that I approve their settlement agreement and retain jurisdiction over the matter until compliance with the agreement is complete. Because the parties have stipulated to dismissal of the action with prejudice, I will dismiss the claims asserted in the complaint, as well as all counterclaims, crossclaims, and third-party claims, with prejudice and with costs and attorneys' fees to be allocated in accordance with the parties' settlement agreement. It is not my practice, however, to approve or otherwise to make judicial

findings with respect to a settlement agreement reached by the parties or to retain jurisdiction over the matter. I take judicial notice that the parties have determined that their settlement is fair and reasonable, as set forth in the settlement agreement attached to the motion. In the event of a breach of or disputes regarding the agreement, the matter may be addressed in new litigation as a breach of contract issue.

Accordingly, it is ordered:

1. The Unopposed Motion to Approve Settlement Agreement and Dismiss Action with Prejudice (ECF No. 53) is granted in part and denied in part. It is granted with respect to the parties' request that all claims, crossclaims, counterclaims, and third-party claims, asserted in this matter are dismissed with prejudice, costs and attorneys' fees to be allocated in accordance with the parties' settlement agreement. It is denied with respect to the parties' request that I approve their settlement agreement and retain jurisdiction over the matter.

DATED at Denver, Colorado, on July 25, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge